# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, JEFF LANDRY; AMERICAN PETROLEUM INSTITUTE, and Chevron U.S.A. Inc., <br><br> Plaintiffs, <br><br> v. <br><br> DEB HAALAND, in her official capacity as Secretary of the Interior; LAURA DANIEL-DAVIS, in her official capacity as Principal Deputy Assistant Secretary of the Interior for Land and Minerals Management; ELIZABETH KLEIN, in her official capacity as Director of the Bureau of Ocean Energy Management; JAMES KENDALL, in his official capacity as Director of the Gulf of Mexico Regional Office of the Bureau of Ocean Energy Management; U.S. DEPARTMENT OF THE INTERIOR; and BUREAU OF OCEAN ENERGY MANAGEMENT, <br><br> Defendants. | HON. JUDGE JAMES D. CAIN, JR. <br><br> HON. MAGISTRATE JUDGE KATHLEEN KAY <br><br> Case No. 2:23-cv-01157 |

## [PROPOSED] PRELIMINARY INJUNCTION

The Court has considered Plaintiffs' Motion for a Preliminary Injunction and the Memorandum and exhibits attached thereto, the applicable law, and Plaintiffs' Complaint. On the basis of these pleadings and papers, this Court hereby concludes that (1) Plaintiffs are substantially likely to prevail on the merits of their claim that Defendants are in violation of the Inflation Reduction Act, Outer Continental Shelf Lands Act (OCSLA), and Administrative Procedure Act (APA); (2) that, without a preliminary injunction, Plaintiffs will incur immediate and irreparable harm; (3) that the

harm to Plaintiffs outweighs the harm to any legitimate interest of Defendants caused by granting injunctive relief; and (4) that entry of this order will serve the public interest.  Accordingly,

**IT IS ORDERED** that the Plaintiffs' Motion for Preliminary Injunction is **GRANTED.**

**IT IS THEREFORE ORDERED** that Defendants, in their official capacities; their servants, agents, and employees; and all persons in active concert or participation with them, who receive actual Notice of this Preliminary Injunction, are hereby enjoined from implementing the challenged provisions of the Final Notice of Sale and Record of Decision for Lease Sale 261. Specifically, Defendants and their agents are enjoined from withdrawing from Lease Sale 261 whole and partial blocks between the 100-meter and 400-meter isobaths across the northern Gulf of Mexico on the Outer Continental Shelf, and Defendants are enjoined from applying Lease Stipulation 4(B)(4) to leases issued as a result of Lease Sale 261.

**IT IS FURTHER ORDERED** that Defendants, in their official capacities; their servants, agents, and employees; and all persons in active concert or participation with them, who receive actual Notice of this Preliminary Injunction, are hereby ordered to proceed with Lease Sale 261 on September 27, 2023, without including the provisions enjoined above as part of that sale.

**IT IS FURTHER ORDERED** that no bond is required.

This Order shall become effective this ___ day of _____, 2023.

_____
**James D. Cain Jr.**
**UNITED STATES DISTRICT JUDGE**