IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEB HAALAND, *et al.*, <br><br> Defendants. | Hon. Judge James D. Cain, Jr. <br><br> Hon. Magistrate Judge Kathleen Kay <br><br> Case No. 2:23-cv-1157 <br><br> **FEDERAL DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND A RESPONSE TO THE COMPLAINT** |

Federal Defendants Deb Haaland, Secretary of the Interior, *et al.*, hereby seek a two-day extension of time to respond to the motion for a preliminary injunction filed by Plaintiffs State of Louisiana *et al.* and an extension of time to respond to the complaint to conform to the time normally allowed under the Federal Rules of Civil procedure.

On August 25, 2023, Plaintiffs filed their Complaint challenging the U.S. Department of the Interior's decision regarding offshore oil and gas lease sale 261. *See* ECF No. 1. On August 29, 2023, Plaintiffs filed a motion for a preliminary injunction and requested that the briefing of the motion be expedited. *See* ECF Nos. 9, 14. The Court granted the request to expedite briefing and ordered that Federal Defendants' response to the preliminary injunction motion and an answer be filed "within two weeks of service." ECF No. 13.

The U.S. Attorney's Office was served with the complaint on August 28, 2023, and the preliminary injunction motion was filed on August 29, 2023. Given the Court's instruction that the response to the motion and the answer be filed "within two weeks of service," Federal

1

Defendants understand that both are due September 11, 2023. Federal Defendants request that both deadlines be extended, as discussed below.

Plaintiffs have filed a 30-page motion for a preliminary injunction and hundreds of pages of exhibits. The motion requests the extraordinary relief of altering the size and terms of an offshore oil and gas lease sale. Federal Defendants have very little time to review and respond to the arguments that Plaintiffs raise. In order to avoid prejudice to Federal Defendants' defense of the case, we request that the deadline to respond to the motion for a preliminary injunction be extended by two days to September 13, 2023. This extension would bring the deadline into alignment with Federal Defendants' deadline to respond to the motion for a preliminary injunction in the related case, *Shell Offshore Inc. v. U.S. Department of the Interior*, No. 2:23-cv-01167. Since both cases will likely be resolved at the same time, there will be no prejudice to the Plaintiffs in this case from this short delay.

In addition, Federal Defendants' request that the time to file an answer or otherwise respond to the Complaint be extended until 60 days from service of the Complaint, which is the time normally allowed under Federal Rule Civil Procedure 12(a)(2). That would extend the deadline to respond to the Complaint until October 30, 2023. The filing of an answer or other response to the Complaint is not necessary for the resolution of the preliminary injunction motion. As a record review case challenging government action, this case will be resolved on the merits based on the administrative record prepared by the agency. *See Fla. Power & Light Co. v. Lorion*, 470 U.S. 729, 743-45 (1985). Following the preliminary injunction proceedings, the Court may set a schedule for the preparation of an administrative briefing and briefing on the merits, as necessary. Therefore, Plaintiffs will not be prejudiced by permitting Federal Defendants the time allowed under the Federal Rules to file a response to the complaint.

The undersigned counsel certifies that this motion is necessary for the interest of justice and is not sought to delay these proceedings.

Pursuant to Local Rule 7.9, the undersigned counsel further certifies that he contacted counsel for Plaintiffs and counsel stated that Plaintiffs oppose the requested extension for the response to the preliminary injunction motion, but do not oppose the requested extension for the answer deadline.  Plaintiffs' counsel Sean Marotta has authorized the undersigned counsel to state the grounds for Plaintiffs' opposition to the requested extension for the response to the preliminary injunction as follows: "API, Chevron, and Louisiana oppose the requested extension in light of the need for prompt decision on their motion for a preliminary injunction by September 15.  *See* Dkt. No. 10.  API, Chevron, and Louisiana intend to submit their reply in support of their motion by September 13, making an extension for the Government to that date unwarranted."

Therefore, for the reasons stated above, Federal Defendants respectfully request that the deadline to respond to Plaintiffs' motion for a preliminary injunction be extended by two days to September 13, 2023, and that Federal Defendants' deadline to respond to the complaint be extended until October 30, 2023.

Respectfully submitted this 1st day of September 2023.

    TODD KIM
    Assistant Attorney General
    Environment and Natural Resources Division
    /s/ *Luther L. Hajek*
    LUTHER L. HAJEK
    Trial Attorney
    U.S. Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    999 18th Street
    South Terrace – Suite 370
    Denver, CO 80202

Telephone: (303) 844-1376
Facsimile: (303) 844-1350
Email: luke.hajek@usdoj.gov

ALEXIS G. ROMERO (D.C. Bar No. 90006907)
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 353-5885; Fax: (202) 305-0275
E-mail: alexis.romero@usdoj.gov

*Counsel for Federal Defendants*

4