UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, JEFF LANDRY; AMERICAN PETROLEUM INSTITUTE, and Chevron U.S.A. Inc., | |
| Plaintiffs, | HON. JUDGE JAMES D. CAIN, JR. |
| v. | HON. MAGISTRATE JUDGE KATHLEEN KAY |
| DEB HAALAND, in her official capacity as Secretary of the Interior; LAURA DANIEL-DAVIS, in her official capacity as Principal Deputy Assistant Secretary of the Interior for Land and Minerals Management; ELIZABETH KLEIN, in her official capacity as Director of the Bureau of Ocean Energy Management; JAMES KENDALL, in his official capacity as Director of the Gulf of Mexico Regional Office of the Bureau of Ocean Energy Management; U.S. DEPARTMENT OF THE INTERIOR; and BUREAU OF OCEAN ENERGY MANAGEMENT, | Case No. 2:23-cv-01157 |
| Defendants. | |

**CORPORATE DISCLOSURE STATEMENT OF THE AMERICAN PETROLEUM INSTITUTE**

Certificate required by Local Rule 5.6 of the Local Rules of the United States District Court for the Western District of Louisiana:

I, the undersigned, counsel of record for the American Petroleum Institute ("API"), certify that to the best of my knowledge and belief, API is a not for profit corporation, has no parent corporation, and no corporations hold any stock in API. These representations are made in order that the judges of this court may determine the need for recusal.

Attorney of Record for the American Petroleum Institute.

        Respectfully submitted,

        <u>/s/ *James A. Holmes*</u>
        James A. Holmes (LA #20571)
        CHRISTOVICH & KEARNEY
        2300 Pan American Life Center
        601 Poydras Street
        New Orleans, LA 70130-6078
        (504) 561-5700
        jaholmes@christovich.com
        Attorney of Record for the American Petroleum Institute.

## **CERTIFICATION**

I hereby certify that a copy of the above pleading was sent to all counsel this 5th day of September 2023 by U.S. Mail, properly addressed and postage prepaid and/or by email on all other counsel of record.

        <u>s/James A. Holmes</u>
        JAMES A. HOLMES