# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO.  2:23-CV-01157 LEAD** |
| | **c/w 2:23-CV-01167** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **DEB HAALAND ET AL** | **MAGISTRATE JUDGE KAY** |

## MINUTES OF COURT:
### Motion Hearing

| | | | |
|---|---|---|---|
| Date: | 09/21/2023 | Presiding: | Judge James D. Cain, Jr. |
| Court Opened: | 1:30 PM | Courtroom Deputy: | Tina Stewart |
| Court Adjourned: | 2:46 PM | Court Reporter: | D D Juranka |
| Statistical Time: | 1:16 | Courtroom: | CR4 |

## APPEARANCES

| | | |
|---|---|---|
| Jordan Bailey Redmon   (RET) | For | State of Louisiana, Plaintiff |
| Andrew C Lawrence   (RET) | For | American Petroleum Institute, Plaintiff |
| Catherine E Stetson   (RET) | For | Chevron U S A Inc, Plaintiff |
| Mark W Mosier   (RET) | For | Shell Offshore Inc, Consol Plaintiff |
| Luther L Hajek | For | Deb Haaland; Laura Daniel-Davis; Elizabeth Klein; James Kendall; U S Dept of Interior; Bureau of Ocean Energy Management Regulation & Enforcement, Defendant |
| George Torgun   (RET) | For | Sierra Club; Center for Biological Diversity; Friends of the Earth; Turtle Island Restoration Network; , Intervenor Defendant |

## PROCEEDINGS

This matter was called for hearing on [14] MOTION for Preliminary Injunction by American Petroleum Institute, Chevron U S A Inc, State of Louisiana filed in docket # 2:23-cv-1157 and [4] MOTION for Preliminary Injunction by Shell Offshore Inc. filed in docket # 2:23-cv-1167.

After hearing argument of Counsel, the Motions were taken under advisement, with a written ruling to follow.

Jim Saye with Houston Energy, L.P was present in the courtroom and spoke on the record.