# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WESTERN LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, | Hon. Judge James D. Cain, Jr. |
| Plaintiffs, | Hon. Magistrate Judge Kathleen Kay |
| v. | Consolidated cases: |
| DEB HAALAND, *et al.*, | Case No. 2:23-cv-1157 (Lead) |
| Defendants, | Case No. 2:23-cv-1167 (Member) |
| and | **FEDERAL DEFENDANTS'** |
| SIERRA CLUB, *et al.*, | **NOTICE OF APPEAL** |
| Intervenor-Defendants. | |
| SHELL OFFSHORE INC., | |
| Plaintiff, | |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Defendants. | |

## FEDERAL DEFENDANTS NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B) and 28 U.S.C. § 1292(a)(1), all Federal Defendants give notice that they appeal to the United States Court of Appeals for the Fifth Circuit the Memorandum Order, Doc. No. 82, granting Plaintiffs Louisiana, Chevron, and American Petroleum Institute's Motion for a Preliminary Injunction in the lead case, Case No. 2:23-cv-1157, as well as the Memorandum Order, Doc. No. 45, granting Plaintiff Shell Offshore's Motion for a Preliminary Injunction in the consolidated case, Case No. 2:23-cv-1167, issued by the Honorable Judge James D. Cain Jr. on September 21, 2023.

Respectfully submitted this 22nd day of September 2023.

    TODD KIM
    Assistant Attorney General
    Environment and Natural Resources Division\

    /s/ *Luther L. Hajek*
    LUTHER L. HAJEK
    Trial Attorney
    U.S. Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    999 18th Street
    South Terrace – Suite 370
    Denver, CO 80202
    Telephone: (303) 844-1376; Fax: (303) 844-1350
    Email: luke.hajek@usdoj.gov

    /s/ *Alexis G. Romero*
    ALEXIS G. ROMERO (D.C. Bar No. 90006907)
    U.S. Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    P.O. Box 7611
    Washington, D.C. 20044-7611
    Tel: (202) 353-5885; Fax: (202) 305-0275
    E-mail: alexis.romero@usdoj.gov

    *Counsel for Federal Defendants*