# United States Court of Appeals
# for the Fifth Circuit

————————

No. 23-30666

————————

STATE OF LOUISIANA; AMERICAN PETROLEUM INSTITUTE;
CHEVRON USA, INCORPORATED,

*Plaintiffs—Appellees,*

*versus*

DEB HAALAND, *in her official capacity as Principal Deputy Assistant Secretary of the Interior for Land & Minerals Management*; LAURA DANIEL-DAVIS, *in her official capacity as Principal Deputy Assistant Secretary of the Interior for Land & Minerals Management*; ELIZABETH KLEIN, *in her official capacity as Director of Bureau of Ocean Energy Management*; JAMES KENDALL, *in his official capacity as Regional Director of Bureau of Ocean Energy Management Gulf of Mexico Office*; UNITED STATES DEPARTMENT OF INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION and ENFORCEMENT,

*Defendants—Appellants,*

SIERRA CLUB; CENTER FOR BIOLOGICAL DIVERSITY; FRIENDS OF THE EARTH; TURTLE ISLAND RESTORATION NETWORK,

*Intervenors—Appellants,*

————————————————

SHELL OFFSHORE, INCORPORATED

*Plaintiff—Appellee,*

*versus*

UNITED STATES DEPARTMENT OF INTERIOR; BUREAU OF
OCEAN ENERGY MANAGEMENT, REGULATION and
ENFORCEMENT; DEB HAALAND, *in her official capacity as Secretary of
the Interior*; LAURA DANIEL-DAVIS, *in her official capacity as Principal
Deputy Assistant Secretary of the Interior for Land and Minerals Management*;
ELIZABETH KLEIN, *in her official capacity as Director of the Bureau of
Ocean Energy Management*; JAMES KENDALL, *in his official capacity as
Director of the Gulf of Mexico Regional Office of the Bureau of Ocean Energy
Management*,

                                        *Defendants—Appellants*,

SIERRA CLUB; CENTER FOR BIOLOGICAL DIVERSITY; FRIENDS
OF THE EARTH; TURTLE ISLAND RESTORATION NETWORK,

                                        *Intervenors—Appellants*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:23-CV-1157
USDC No. 2:23-CV-1167

_____

ORDER:

        IT IS ORDERED that Appellees' unopposed motion for leave to
file response/opposition in excess of word count but not to exceed 7,500
words is GRANTED.


        _/s/Jerry E. Smith___
        JERRY E. SMITH
        *United States Circuit Judge*

# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 25, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

     No. 23-30666   State of Louisiana v. Haaland
                 USDC No. 2:23-CV-1157
                 USDC No. 2:23-CV-1167

Enclosed is an order entered in this case.

                     Sincerely,

                     LYLE W. CAYCE, Clerk

                     By: _____
                     Majella A. Sutton, Deputy Clerk
                     504-310-7680

Ms. Kelly Brechtel Becker
Mr. Andrew Marshall Bernie
Mr. Paul D. Clement
Mr. Christopher D. Eaton
Mr. Bradley Keith Ervin
Mr. Luther Langon Hajek
Ms. Brettny E. Hardy
Mr. James Aristide Holmes
Mr. Nikesh Jindal
Ms. Claire Elizabeth Juneau
Mr. Andrew Lawrence
Ms. Elizabeth Grace Livingston de Calderon
Mr. Sean Michael Marotta
Mr. Stephen D. Mashuda
Mr. Michael James Mazzone
Ms. Michelle Melton
Mr. Tony R. Moore
Ms. Elizabeth Baker Murrill
Ms. Dana A. Raphael
Mr. Jordan B. Redmon
Ms. Alexis Romero
Ms. Catherine Emily Stetson
Mr. James Xi