# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 26, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-30666  State of Louisiana v. Haaland
              USDC No. 2:23-CV-1157
              USDC No. 2:23-CV-1167

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Christina A. Gardner, Deputy Clerk
504-310-7684

Ms. Kelly Brechtel Becker
Mr. Andrew Marshall Bernie
Ms. Sarah C. Bordelon
Mr. Paul D. Clement
Mr. Christopher D. Eaton
Mr. Bradley Keith Ervin
Mr. Luther Langon Hajek
Ms. Brettny E. Hardy
Mr. James Aristide Holmes
Mr. Nikesh Jindal
Ms. Claire Elizabeth Juneau
Mr. Andrew Lawrence
Ms. Elizabeth Grace Livingston de Calderon
Mr. Sean Michael Marotta
Mr. Stephen D. Mashuda
Mr. Michael James Mazzone
Ms. Michelle Melton
Mr. Tony R. Moore
Mr. Mark Mosier
Ms. Elizabeth Baker Murrill
Ms. Dana A. Raphael
Mr. Jordan B. Redmon
Ms. Alexis Romero
Mr. Steven Joseph Rosenbaum
Mr. Joseph Scott St. John
Ms. Catherine Emily Stetson
Mr. George Torgun
Mr. James Xi

Case 2:23-cv-01057-JDC   Document 16   Filed 10/26/23   Page 2 of 5 PageID #: 7631

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-30666
_____

State of Louisiana; American Petroleum Institute; Chevron USA, Incorporated,

*Plaintiffs—Appellees,*

*versus*

Deb Haaland, *in her official capacity as Principal Deputy Assistant Secretary of the Interior for Land & Minerals Management*; Laura Daniel-Davis, *in her official capacity as Principal Deputy Assistant Secretary of the Interior for Land & Minerals Management*; Elizabeth Klein, *in her official capacity as Director of Bureau of Ocean Energy Management*; James Kendall, *in his official capacity as Regional Director of Bureau of Ocean Energy Management Gulf of Mexico Office*; United States Department of Interior; Bureau of Ocean Energy Management, Regulation and Enforcement,

*Defendants—Appellants,*

Sierra Club; Center for Biological Diversity; Friends of the Earth; Turtle Island Restoration Network,

*Intervenors—Appellants,*

_____

Shell Offshore, Incorporated

*Plaintiff—Appellee,*

No. 23-30666

*versus*

UNITED STATES DEPARTMENT OF INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION and ENFORCEMENT; DEB HAALAND, *in her official capacity as Secretary of the Interior*; LAURA DANIEL-DAVIS, *in her official capacity as Principal Deputy Assistant Secretary of the Interior for Land and Minerals Management*; ELIZABETH KLEIN, *in her official capacity as Director of the Bureau of Ocean Energy Management*; JAMES KENDALL, *in his official capacity as Director of the Gulf of Mexico Regional Office of the Burean of Ocean Energy Management*,

*Defendants—Appellants*,

SIERRA CLUB; CENTER FOR BIOLOGICAL DIVERSITY; FRIENDS OF THE EARTH; TURTLE ISLAND RESTORATION NETWORK,

*Intervenors—Appellants.*

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:23-CV-1157
USDC No. 2:23-CV-1167

_____

ORDER:

IT IS ORDERED that the preliminary injunction entered by the Memorandum Order of September 21, 2023, as amended by the motions panel's order of September 25, 2023, is STAYED pending the merits panel's decision on appeal.

LYLE W. CAYCE, CLERK
United States Court of Appeals

No. 23-30666

for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT