UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 2:23-CV-01157 LEAD** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **DEB HAALAND ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## ORDER

The lease sale that was the subject of plaintiffs' Complaint for Declaratory and Injunctive Relief has now occurred, subject to the terms laid out in the court's Preliminary Injunction. Accordingly, **IT IS ORDERED** that the parties file briefs on or before **June 3, 2024,** addressing whether there are any other controversies remaining in this matter or whether the case may now be closed.

**THUS DONE AND SIGNED** in Chambers on the 22nd day of May, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE