## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 2:23-CV-01157 LEAD** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **DEB HAALAND ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## ORDER

Noting that the lease sale that was the subject of plaintiffs' Complaint for Declaratory and Injunctive Relief had now occurred subject to the terms laid out in the court's Preliminary Injunction, the court ordered the parties to submit briefs on whether any other controversies remained in this matter. Doc. 106. Plaintiffs state that controversies relating to Lease Sale 261 have now been resolved and submit that the court may close the case. Doc. 107. The government agrees that the case has been resolved in plaintiffs' favor and should be terminated. Doc. 108. Accordingly, the clerk is requested to close this matter.

**THUS DONE AND SIGNED** in Chambers on the 4th day of June, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**